UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHARI FRANKLIN                                    JURY TRIAL DEMANDED

v.                                                CASE NO.  3:13CV

CAVALRY PORTFOLIO SERVICES, LLC

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k.

3. Defendant Cavalry is licensed as a consumer collection agency by the Connecticut Department of Banking.

4. Cavalry sent a letter to plaintiff directed to an address in West Haven CT dated July 25, 2012, claiming a "Balance Due" of $22,317.48 on an account ending in 4518 arising from a personal credit card account which it claimed had been purchased by Cavalry SPV I, LLC.

5. Plaintiff disputed the amount and the calculation thereof, and requested the name and address of the original creditor, by letter to Cavalry dated August 20, 2012.

6. In March, 2013, Cavalry served a lawsuit on plaintiff claiming significantly less than the "Balance Due" without first providing the name or address of the original creditor, or any of the information requested by plaintiff.

7.  In the collection efforts within one year prior to the date of this action, defendant violated the FDCPA, § 1692e, –f(1), or –g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages.

2. Award the plaintiff costs of suit and a reasonable attorney's fee.

2. Award such other and further relief as law or equity may provide

                THE PLAINTIFF

                *Joanne S. Faulkner*

BY __/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net